UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIEGO GRANDA,　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　05-CV- 0763 (JG)
　　　　　　　Plaintiff,

　-against-

UNITED STATES OF AMERICA,

　　　　　　　Defendant.
-----------------------------------------------------------------X

　　　　A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 26, 2005, granting the government's motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted; it is

　　　　ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting the government's motion to dismiss.


Dated: Brooklyn, New York
　　　　September 28, 2005

　　　　　　　　　　　　　　　　　　　　s/Robert C. Heinemann
　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　Clerk of Court